```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        DEC 1 4 2011

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROSALIE BAYLON ONG,                )   Case No. 2:11-cv-01158-ECR-CWH
                                   )
                                   )
            Plaintiff,             )
                                   )   ORDER
vs.                                )
                                   )
EL DORADO RESORTS, CORP.,          )
                                   )
            Defendant.             )
_____)

On October 19, 2011, the Magistrate Judge filed a Report and Recommendation (#17) recommending that this action be dismissed. No objections have been filed. Prior to issuing the Report and Recommendation, the Magistrate Judge issued an order to show cause (#14) to Plaintiff, and Plaintiff failed to proceed with her litigation after this notice by the Court.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#17) is well taken and is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that this action be dismissed. It further ordered that the Clerk of the Court shall enter judgment accordingly.

Dated this __13__ day of December 2011.


                                   Edward C. Reed
                                   _____
                                   EDWARD C. REED, JR.
                                   United States District Judge