```
___ FILED              ___ RECEIVED
                       ___ SERVED ON
___ ENTERED    COUNSEL/PARTIES OF RECORD

        ┌─────────────────────────┐
        │                         │
        │      DEC 1 4 2011        │
        │                         │
        └─────────────────────────┘

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
                              DEPUTY
BY: _____
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSALIE BAYLON ONG, | Case No. 2:11-cv-01158-ECR-CWH |
| Plaintiff, | ORDER |
| vs. | |
| EL DORADO RESORTS, CORP., | |
| Defendant. | |

On October 19, 2011, the Magistrate Judge filed a Report and Recommendation (#17) recommending that this action be dismissed.  No objections have been filed.  Prior to issuing the Report and Recommendation, the Magistrate Judge issued an order to show cause (#14) to Plaintiff, and Plaintiff failed to proceed with her litigation after this notice by the Court.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#17) is well taken and is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that this action be dismissed.  It further ordered that the Clerk of the Court shall enter judgment accordingly.

Dated this __13__ day of December 2011.

_Edward C. Reed_

EDWARD C. REED, JR.
United States District Judge